# Kristina S. Heuser, P.C.

*Attorney and Counselor at Law*
Post Office Box 672
Locust Valley, New York 11560
Tel. (516) 676-1565
E-mail: kheuser@heuserlawfirm.com

December 11, 2023

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re: <u>Hamilton v. Siemens Healthcare Diagnostics, Inc., et al.</u>, 7:23-cv-07408-KMK

Dear Judge Karas:

I write seeking the Court's permission to respond to Defendants' pre-motion letter with a letter of equivalent length (5 pages). Alternatively, I respectfully request that the Court reject Defendants' letter without prejudice as the letter fails to comply with Your Honor's Individual Practices in multiple respects. I further request that my time to respond to Defendants' letter be stayed until this Court issues an Order in response to items requested herein.

I thank the Court for its anticipated courtesy and assistance with this matter.

Plaintiff may file a letter up to the length of Defendants' pre-motion letter. The deadline is 12/18/23.

So Ordered.
12/11/23

Very Truly Yours,

*Kristina S. Heuser*

Kristina S. Heuser, Esq.