# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

February 23, 2024

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   *Markland Hamilton v. Siemens Healthcare Diagnostics Inc., et al.*
      **Case No. 7:23-cv-07408**

Dear Judge Karas:

We represent Defendants Siemens Healthcare Diagnostics Inc. ("Siemens Healthineers"), Sabine Von Sengbusch and Renee Howell (collectively "Defendants") in the above-captioned action. On behalf of all parties, and in accordance with Your Honor's Individual Practices and Procedures, we respectfully submit this letter motion to request that Your Honor adjourn the pre-motion conference currently scheduled for February 29, 2024. [Dkt. No. 26.] Defendants submit this request because undersigned counsel was previously scheduled to attend a conference in another matter on February 29 and will not be available in time to attend the pre-motion conference scheduled here. This is Defendants' first request for an adjournment of the pre-motion conference.

Defense counsel has conferred with Plaintiff's counsel; all counsel of record are available on March 15, 2023 to re-schedule the pre-motion conference.

Undersigned counsel respectfully requests the court adjourn the pre-motion conference to March 15, 2023 or an alternative date convenient for the Court.

*The conference is adjourned to 3/5/24, at 2:30 via teleconference.*
*So Ordered.*
*[signature] 2/23/24*

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: *s/ Kelly M. Cardin*
Kelly M. Cardin

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington