# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

March 1, 2024

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   *Markland Hamilton v. Siemens Healthcare Diagnostics Inc., et al.*
       Case No. 7:23-cv-07408

Dear Judge Karas:

We represent Defendants Siemens Healthcare Diagnostics Inc. ("Siemens Healthineers"), Sabine Von Sengbusch and Renee Howell (collectively "Defendants") in the above-captioned action. On behalf of all parties, and in accordance with Your Honor's Individual Practices and Procedures, we respectfully submit this letter motion to request that Your Honor adjourn the pre-motion conference currently scheduled for March 5, 2024. [Dkt. No. 28.]

On February 23, 2024, Defendants, with Plaintiff's consent, requested an adjournment of the status conference. [Dkt. No. 27]. Defendants and Plaintiff requested adjournment until March 15, 2024. On February 26, 2023, the Court granted the motion but adjourned the conference to March 5. [Dkt. No. 28]. The parties had previously requested adjournment until March 15, 2024 because the parties' lacked sooner availability. Between March 1 and March 14, undersigned counsel has previously scheduled depositions, a mediation and an arbitration.[1] On March 5, the current pre-motion conference date, undersigned counsel is in a deposition and will not be able to attend the pre-motion conference as scheduled.

Defense counsel has conferred with Plaintiff's counsel; all counsel of record are available on March 15, March 18 (after 3pm), or March 20 (morning) to re-schedule the pre-motion conference.

---

[1] On March 6, undersigned counsel is in a mediation. On March 7-13 undersigned counsel is unavailable for an arbitration. And on March 14, undersigned counsel is in a deposition.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

The Honorable Kenneth M. Karas
March 1, 2024
Page 2

      Undersigned counsel respectfully requests the court adjourn the pre-motion conference to March 15, 2023 or an alternative date identified above.

> Respectfully submitted,
> **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
>
> By: *s/ Kelly M. Cardin*
> Kelly M. Cardin

cc: All counsel of record (by ECF)

> Denied. The Court is unavailable on any of the dates proposed by the Parties. The March 5 conference will be done via telephone and should last about 15 minutes.
>
> So Ordered.
>
> 3/1/24