# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

March 12, 2024

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: *Markland Hamilton v. Siemens Healthcare Diagnostics Inc., et al.*
Case No. 7:23-cv-07408

Dear Judge Karas:

We represent Defendants Siemens Healthcare Diagnostics Inc. ("Siemens Healthineers"), Sabine Von Sengbusch and Renee Howell (collectively "Defendants") in the above-captioned action. On behalf of all defendants, and in accordance with Your Honor's Individual Practices and Procedures, we respectfully submit this letter motion to request an extension of time to submit Defendants' Motion to Dismiss, up to and including until April 12, 2024. The current deadline is March 26. Plaintiff consents to this motion. The additional time is necessary as Siemens Healthineers' client representative is out of the office on vacation during the current deadline and needs additional time to confer with undersigned counsel and review the papers. This is Defendants' first request for extension of time with respect to this deadline.

Wherefore, Defendants respectfully request an extension up to an including April 12, 2024 to file their Motion to Dismiss.

Granted. The entire briefing schedule is adjusted accordingly.

So Ordered.
3/12/24

Respectfully submitted,
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: *s/ Kelly M. Cardin*
Kelly M. Cardin

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

61199424.v1-OGLETREE